UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLUB PROPERTIES, INC.; JAMES W.
RODGERS AND BETTY RODGERS, husband
and wife, individually and as Trustees of Jim and
Betty Rodgers Joint Revocable Trust                              PLAINTIFFS


v.                          CASE NO. 4:07-CV-00550 GTE


CITY OF SHERWOOD, ARKANSAS;
MAYOR BILL HARMON, in his official and
individual capacities; MAYOR VIRGINIA HILLMAN,
in her official capacity; BECKI VASSAR, CHARLIE
HARMON, LEX DAVIS, DAVID HENRY, SHEILA
SULCER, MARINA BROOKS, KEITH RANKIN
and DR. STEVE FENDER, in their official capacities
as members of the Sherwood City Council and in their
individual capacities; RON CAMPBELL and
ROY MARPLE; and FREDDIE HUDSON, WAYNE
SMITH, FORREST PENNY, RAY HARRISON, and
LUCIEN GILLHAM, in their official capacities as members
of the Sherwood Planning Commission                              DEFENDANTS

## ORDER

On this date, the Court held a telephone conference with the attorneys for the Plaintiffs, the Sherwood Defendants, the Buyer Defendants, and the attorneys representing the City of Sherwood in the state court condemnation proceedings to discuss the issues raised by the Court in its letter to the parties dated April 7, 2008. On the basis of those discussions, the Court has come to the conclusion that it should stay this case and delay final ruling on the pending Motion for Partial Dismissal of the Third Amended Complaint until the conclusion of the pending state court condemnation proceedings, provided that the state court condemnation is diligently

pursued. Nothing prevents the parties from requesting that the Court proceed with this federal case upon a change in circumstances.

      IT IS SO ORDERED THIS 9th day of April, 2008.

                                          /s/Garnett Thomas Eisele
                                          UNITED STATES DISTRICT JUDGE