## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

**No:  08-2980**

_____

John Lee Riches,

Appellant

Club Properties, Inc.; James W. Rodgers, Individually and as Trustee of the Jim and Betty Rodgers Joint Revocable Trust; Betty Rodgers, Individually and as Trustee of the Jim and Betty Rodgers Joint Revocale Trust,

Plaintiffs – Appellees

v.

City of Sherwood, Arkansas; Bill Harmon, Mayor, in his official and individual capacity; Lex Davis, in his official capacity as member of the Sherwood City Council; David Henry, in his official capacity as member of the Sherood City Council; Sheila Sulcer, in her official capacity as member of the Sherwood City Council; Marina Brooks, in her official capacity as member of the Sherwood City Council; Keith Rankin, in his official capacity as member of Sherwood City Council; Steve Fender, Dr., in his official capacity as member of Sherwood City Council; Becki Vassar, in her official capacity as member of the Sherwood City Council; Charlie Harmon, in his official capacity as member of Sherwood City Council; Ron Campbell; Roy Marple; Virginia Hillman, Mayor, in her official capacity; Freddie Hudson, in official capacity as member of the Sherwood Planning COmmission; Wayne Smith, in official capacity as member of the Sherwood Planning Commission; Forrest Penny, in official capacity as member of the Sherwood Planning Commission; Ray Harrison, in official capacity as member of the Sherwood Planning Commission; Lucian Gillham, in official capacity as member of the Sherwood Planning Commission,

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:07-cv-00550-GTE)

_____

**JUDGMENT**

Appellant has not responded to the court's order entered 09/29/2008. It is hereby ordered

that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

    Mandate shall issue forthwith.

                                              November 06, 2008


Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans



| | |
|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov | To |
| 11/06/2008 11:25 AM | cc |
| | bcc |
| | Subject   08-2980 John Lee Riches v. Club Properties, et al "judgment filed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/06/2008

| | |
|---|---|
| **Case Name:** | John Lee Riches v. Club Properties, et al |
| **Case Number:** | 08-2980 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGMENT FILED - Appellant has failed to respond to the show cause order and the time for a response has expired. This appeal is dismissed for want of prosecution. Mandate shall issue forthwith.; DISMISSED Nov 2008 [3487848] [08-2980]

The following document(s) are associated with this transaction:
**Document Description:** Judgment
**Original Filename:**
/opt/ACECF/live/forms/dsharpless_082980_3487848_JudgmentDismissCaseWAP_398.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/06/2008] [FileNumber=3487848-0] [7433ba1452a3843239a0a02c7d160a6137937f70d1fedc5443ec636ccd244ae3061e29f0ba8810ed7f0a6ca5800da753a7412acda8203bbe9cbd16e0de5b3786]]
**Recipients:**
- Mr. Cobb, Stephen R.
- Mr. Downing, Richard C.
- Mr. Duke, Steven Boyd
- Honorable Eisele, Garnett Thomas, U.S. District Judge
- Mr. Fuqua, David M.
- Mr. Hankins, A. Vaughan
- Mr. Hankins, Stuart W.
- Mr. McCormack, Jim, Clerk of Court

- [Mr. Riches, Jonathan Lee](#)
- [Mr. Spivey, Patrick Lee](#)

**Notice will be electronically mailed to:**

Mr. Downing, Richard C.: rcdowning@downing-law.com, rhudson@jamesandhouse.com, sduke@jamesandhouse.com, valbertoli@jamesandhouse.com
Mr. Duke, Steven Boyd: sduke@jamesandhouse.com, bbischof@jamesandhouse.com
Honorable Eisele, Garnett Thomas, U.S. District Judge: cherie_westbrook@ared.uscourts.gov
Mr. Fuqua, David M.: dfuqua@fc-lawyers.com
Mr. Hankins, Stuart W.: swhankins@hankinslawfirm.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Spivey, Patrick Lee: pspivey@hfc-law.com

**Notice will be mailed to:**

Mr. Cobb, Stephen R.
CITY ATTORNEY'S OFFICE
7520 Highway 107
Sherwood, AR 72120-0000

Mr. Hankins, A. Vaughan
HANKINS LAW FIRM
800 W. Fourth Street
P.O. Box 5151
North Little Rock, AR 72119

Mr. Riches, Jonathan Lee
FEDERAL CORRECTIONAL INSTITUTION
FCI Williamsburg Inmate Mail
P.O. Box 340
Salters, SC 29590-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3487848
**RELIEF(S) DOCKETED:**
  dismiss case for want of prosecution
  Dismissed
**DOCKET PART(S) ADDED:** 3825512, 3825513, 3825514, 3825515